# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

156688(46)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

CHARLES WILLIAM WOOD,
      Defendant-Appellee.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 156688
COA: 331462
Oakland CC: 2015-255591-FH

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 31, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk